**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**REBECCA NELLE**
**Mother and Next Friend of B.N., a minor child**                              **PLAINTIFF**

**vs.**                                            **NO. 5:21-cv-05158**

**HUNTSVILLE SCHOOL DISTRICT**                                            **DEFENDANT**

**MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL WITH INCORPORATED SUPPORTING MEMORANDA**

COMES NOW the Defendant, Huntsville School District, by and through its undersigned attorneys, Charles L. Harwell and Steven S. Zega of Crouch, Harwell, Fryar & Ferner, PLLC, and moves this Court for an Order Granting it Leave to File Certain Documents Under Seal, and states:

1. The Plaintiff filed this action on September 10, 2021, alleging, among other things, acts that constitute sexual abuse, sexual harassment, and sexual misconduct against her child in violation of Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681(a)).

2. The Defendant intends to file a certain Motion regarding sealing the proceedings in this case or some parts of the proceedings in this case, and that Motion will necessarily involve information that could be used to identify minor children who are both alleged survivors and alleged perpetrators of that sexual misconduct.

3. The Court can and should determine whether the information in the Defendant's Motion regarding the sealing of certain proceedings has merit.

4. There is a common law right for public access to Court records, however, a Court has supervisory power over its own records and the decision to seal or leave unsealed documents is within a District Court's discretion. *Webster Groves School Dist. v. Pulitzer Publishing Co.*, 898 F.2d. 1371, 1376 (8th Cir. 1990). The decision to seal or leave unsealed certain records is a matter

of discretion for each Court to be exercised in light of the relevant facts and circumstances of each case. *Id.*

5. In this case, the Complaint involves graphic descriptions of sexual abuse allegedly perpetrated by minor children on minor children. The Complaint also ultimately turns on the knowledge adults had of that alleged sexual abuse and the acts or omissions of those adults when they came into knowledge of the allegations. However, this case does not move forward for the Plaintiff without her proving the allegations of sexual abuse involving minor children.

6. Safeguarding the physical and psychological well-being of minor children is a compelling state interest. *Globe Newspaper Co. v. Superior Court*, 457 U.S. 596, 607, 102 S.Ct. 2613, 73 L.Ed.2d 248 (1982).

7. To make its point that leaving this case and its records accessible to the public will potentially harm the physical and psychological well-being of minors, the Defendant will necessarily have to demonstrate facts in its Motion that will show how to identify those children and why that identification would be harmful. The Defendant therefore requests that the Court allow its Motion and supporting Brief be filed under seal.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays this Court for leave to file its Motion and supporting Brief under seal, and for all other relief to which it may be entitled.

    Respectfully Submitted,
    **Huntsville School District, Defendant**

    By: /s/ Steven S. Zega
    Charles L. Harwell, Arkansas Bar Number 82074
    Steven S. Zega, Arkansas Bar Number 93234
    Crouch, Harwell, Fryar & Ferner, PLLC
    111 Holcomb, P.O. Box 1400
    Springdale, AR 72765-1400
    (479) 751-5222
    (479) 751-5777 (fax)
    charwell@nwa.law

szega@nwa.law

## CERTIFICATE OF SERVICE

     I, Steven S. Zega, attorney at law, hereby certify that I placed a true and correct copy of the foregoing document in the United States Mail with adequate first-class postage affixed and addressed to:

Joey McCutchen, Esq.
Sam "Chip" Sexton, III, Esq.
Stephen Napruno, Esq.
McCutchen, Sexton, Napruno, The Law Firm
P.O. Box 1971
Fort Smith, AR 72902
(and via email to jmccutchen@muccutchenlawfirm.com)


on this _____ day of October, 2021, in accordance with the Federal Rules of Civil Procedure.


/s/ Steven S. Zega
Steven S. Zega