IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**REBECCA NELLE**
Mother and Next Friend of B.N., a minor child                                                       **PLAINTIFF**

vs.                                                NO. 5:21-cv-05158

**HUNTSVILLE SCHOOL DISTRICT**
          **DEFENDANT**

## MOTION TO SEAL PROCEEDINGS

COMES NOW the Defendant, Huntsville School District, by and through its undersigned attorneys, Charles L. Harwell and Steven S. Zega of Crouch, Harwell, Fryar & Ferner, PLLC, and moves this Court for an Order to Seal Proceedings, and states:

1. The Plaintiff filed this action on September 10, 2021, and, among other relief, prayed for a jury trial.

2. The subject matter of this case involves, at its core, allegations of sexual misconduct in which the alleged actors and survivors of the sexual misconduct were, at the time of the alleged incidents, minor children. The alleged actors and survivors are still minor children.

3. Huntsville, Arkansas is a city with a population of roughly 2,500.

4. The Huntsville School District serves a student population, in grades K through 12, of roughly 2,000.

5. The Plaintiff's child is readily identifiable from his relationship to the Plaintiff, her allegation of the child's grade and her allegation of the child's gender and the specific school organization in which the child participated. (Complaint, paragraph 12.) The probability of precise identification of the participants (the Plaintiff's child and others) is magnified by the population of the City of Huntsville and the student population of the Huntsville School District.

6. In the Plaintiff's Complaint, she identifies no fewer than six other students, by initials, who are alleged to have participated in the acts she states constitutes sexual misconduct. She also states that "at least 17 students were victimized by this sexual harassment . . .". (Plaintiff's Complaint, paragraph 23.)

7. The identity, and therefore the demographic information of the Plaintiff's son and the specific school-sponsored group(s) to which he belonged at the time of the alleged incident are readily ascertainable to a person of reasonable intelligence. The identities of the other alleged six participants are readily ascertainable by the same methods and means. Ultimately, the identification of each of these students and others who are not identified by initials (but who are part of the alleged 17 other students who were victimized) becomes a simple, short exercise.

8. The alleged perpetrators and survivors of sexual misconduct in this case have a statutory and constitutional right to privacy.

9. The fact that the identity of the Plaintiff's child is readily known or knowable by her name appearing in the pleadings in this case compromises the rights to privacy of other children and their families. The fact that the identities of the other six children identified by initials in the Plaintiff's Complaint and the other 17 children alleged to be victims are readily known or knowable by the information contained in the Complaint compromises each of their individual rights to privacy and the rights to privacy of their families.

10. The Court should order these proceedings placed under seal to protect the privacy of the minor children alleged to have been involved.

11. The Defendant simultaneously submits a brief in support of this Motion.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this Court Order this matter sealed; and for all other relief to which it may be entitled.

        Respectfully Submitted,
        Huntsville School District, Defendant

        By: /s/ Steven S. Zega
        Charles L. Harwell, Arkansas Bar Number 82074
        Steven S. Zega, Arkansas Bar Number 93234
        Crouch, Harwell, Fryar & Ferner, PLLC
        111 Holcomb, P.O. Box 1400
        Springdale, AR 72765-1400
        (479) 751-5222
        (479) 751-5777 (fax)
        charwell@nwa.law
        szega@nwa.law

## CERTIFICATE OF SERVICE

I, Steven S. Zega, attorney at law, hereby certify that I placed a true and correct copy of the foregoing document in the United States Mail with adequate first-class postage affixed and addressed to:

Joey McCutchen, Esq.
Sam "Chip" Sexton, III, Esq.
Stephen Napruno, Esq.
McCutchen, Sexton, Napruno, The Law Firm
P.O. Box 1971
Fort Smith, AR 72902
(and via email to jmccutchen@muccutchenlawfirm.com)


on this _____ day of October, 2021, in accordance with the Federal Rules of Civil Procedure


/s/ Steven S. Zega
Steven S. Zega