IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA NELLE
Mother and Next Friend of B.N., a minor child                    PLAINTIFF

vs.                            NO. 5:21-cv-05158

HUNTSVILLE SCHOOL DISTRICT
        DEFENDANT

## MOTION TO LIMIT PRE-TRIAL PUBLICITY

COMES NOW the Defendant, Huntsville School District, by and through its undersigned attorneys, Charles L. Harwell and Steven S. Zega of Crouch, Harwell, Fryar & Ferner, PLLC, and moves this Court for an Order Limiting Pre-Trial Publicity, and states:

1. The Plaintiff filed this action on September 10, 2021. The allegations involve sexual abuse perpetrated by and on minor children. The media in this area has already devoted extensive coverage to the case and to the underlying investigation and allegations.

2. Plaintiff's counsel has already commented several times to local news media about the allegations in this case. He has also, apparently, taken to conflating this case with *Rightsell v. Huntsville School District,* Madison County, Arkansas, Circuit No. 44CV 21-66 ("the FOIA case"), in which the Plaintiff (Mr. McCutchen is also Plaintiff's counsel in that case) alleges, and the Huntsville School District admits, failure to comply with the Arkansas Freedom of Information Act. On October 6, 2021, KNWA published a story in which Mr. McCutchen is quoted as saying, "They [the Huntsville School District] want to make that [the District's attempt to protect the identity of the children involved] the issue, not that they have had multiple FOIA violations, and that they've had children in the school district sexually assaulted multiple times. I don't think we're violating anybody's privacy right. In fact, we filed this to protect the children." The story

then continues; Mr. McCutchen says that while the school has denied many of the concerns in the Title IX case [the instant matter], they have admitted to violating the Freedom of Information Act on several different occasions. https://www.nwahomepage.com/news/huntsville-school-districts-answer-to-complaint/ viewed October 6, 2021.[1]

3. This case is not the FOIA case. The FOIA case is not this case. The Plaintiff in the FOIA case is not the Plaintiff in this case.

4. On October 22, 2021, Plaintiff's counsel held a press conference in which he announced that he was (a) seeking criminal prosecution of Huntsville School District officials for, as he alleged, failure to report incidents constituting child maltreatment and (b) amending the FOIA case in Arkansas State Court to include additional claims or theories.

5. There is a reasonable possibility that Plaintiff's counsel's statements will unfairly influence potential jury members in this matter by portraying himself and his client as a protector of all children in the Huntsville Schools and the Defendant as a rogue lawbreaking entity. There is a further reasonable possibility that the statements will form a public, predetermined perception that the Defendant is "guilty" of failing to protect children and that the Defendant is engaged in a cover-up of that failure.

6. Both parties are entitled to a fair proceeding in this case that is governed by the appropriate Rules of Professional Conduct, Rules of Evidence, Civil Procedure and this Court's Orders. Plaintiff's counsel's comments to the media in this case- that is in its infancy- serve to undermine that fair proceeding governed by the law and this Court's orders.

---

[1] It bears mentioning that Mr. McCutchen also included matters related to the Title IX allegations and investigations at issue in this case in the FOIA case. The Defendant is litigating that matter in Arkansas Circuit Court. https://images.arcourts.gov/IMAGESimg/CK_Image.Present2?DMS_ID=85D1F44AAA7B4F52C85785EB70CFD2AC9653E4D92B0C1CDFC916C421FF546A8E99003504E2B50DAAEDB65B32B2EAA501E01FDCDD5A2ACBFEC968856E296D2530&i_url=https://images.arcourts.gov/IMAGESimg/ viewed October 6, 2021.

7. This case should be litigated in this Court, not in the press. The Court should issue an Order barring all case participants- attorneys and parties- from commenting to the press or on any platform accessible to the press- including but not limited to social media on matters related to this case.

8. Further, the children and the families of the children involved in these matters are entitled, by statute, regulation and the Constitution to privacy. The Plaintiff's counsel's comments to the news media serve to undermine that privacy.

9. The Defendant simultaneously files a brief in support of this Motion.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays this Court for an Order barring all case participants from commenting on matters related to the case to the press or on any platform accessible to the press, and for all other relief to which it may be entitled.

Respectfully Submitted,
Huntsville School District, Defendant

By: /s/ Steven S. Zega
Charles L. Harwell, Arkansas Bar Number 82074
Steven S. Zega, Arkansas Bar Number 93234
Crouch, Harwell, Fryar & Ferner, PLLC
111 Holcomb, P.O. Box 1400
Springdale, AR 72765-1400
(479) 751-5222
(479) 751-5777 (fax)
charwell@nwa.law
szega@nwa.law

CERTIFICATE OF SERVICE

I, Steven S. Zega, attorney at law, hereby certify that I placed a true and correct copy of the foregoing document in the United States Mail with adequate first-class postage affixed and addressed to:

Joey McCutchen, Esq.
Sam "Chip" Sexton, III, Esq.
Stephen Napruno, Esq.
McCutchen, Sexton, Napruno, The Law Firm

P.O. Box 1971
Fort Smith, AR 72902
(and via email to jmccutchen@muccutchenlawfirm.com)

on this _____ day of October, 2021, in accordance with the Federal Rules of Civil Procedure.

/s/ Steven S. Zega
Steven S. Zega