IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA NELLE, in her
capacity as Mother and Next Friend of
B.N., a minor child                                                                                     PLAINTIFF

VS.                                            5:21-CV-05158

HUNTSVILLE SCHOOL DISTRICT                                              DEFENDANT

## RESPONSE TO MOTION TO SEAL

Comes now the Plaintiff, Rebecca Nelle, in her capacity as Motion and Next Friend of B.N., a minor, and for her Response to the Defendant's Motion to Seal, states:

1. Defendant's Motion to Seal is simply a motion to protect the Defendant from public exposure of its own misconduct, not a motion to protect others.

2. Plaintiff agrees that it is appropriate (while the Defendant did not ask for this relief) that the Court enter an order declaring that the names of both victims and perpetrators of the sexual abuse at the Huntsville School District should not be disclosed to the media.

3. Plaintiff has simultaneously filed a Brief in Support of Response to Motion to Seal which is incorporated herein and made a part hereof by reference. For the reasons stated in such Brief, the Motion to Seal should be denied.

4. Plaintiff has filed a Response to Motion to Limit Pre-Trial Publicity. The exhibits filed with such motion, and those that may be hereafter filed under seal, are incorporated herein and made a part hereof by reference.

WHEREFORE, the Plaintiff, prays that the Defendant's Motion to Seal be denied and for such other relief as is proper.

Respectfully submitted,

 

_____
Joey McCutchen (ABA #88045)
Sam "Chip" Sexton, III (ABA #87157)
Stephen Napurano (ABA #2017071)
McCutchen Sexton Napurano – The Law Firm
PO Box 1971
Fort Smith, AR 72902
Phone 479-783-0036
Facsimile 479-783-5168
jmccutchen@mccutchenlawfirm.com
csexton@mccutchenlawfirm.com
snapurano@mccutchenlawfirm.com

Please note that any electronic mail delivered to counsel for the Plaintiff must be directed to all three attorneys set forth above.

## CERTIFICATE OF SERVICE

    I, Joey McCutchen, certify that I have served the above and foregoing motion upon all counsel of record for the Defendant by filing this motion with the Court's ECF filing system on this 9th day of November, 2021.

_____
Joey McCutchen