IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA NELLE, in her
capacity as Mother and Next Friend of
B.N., a minor child                                                                                          PLAINTIFF

VS.                                            5:21-CV-05158

HUNTSVILLE SCHOOL DISTRICT                                                                 DEFENDANT

## MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL

Comes now the Plaintiff, Rebecca Nelle, in her capacity as Mother and Next Friend of B.N., a minor child, and for her Motion to File Certain Exhibits Under Seal, states:

1. Plaintiff has filed certain redacted documents with her Response to Motion to Limit Pre-Trial Publicity (herein "the Response").

2. The redacted version of Exhibit 1 to the Response has been filed.  However, the actual (original) version of Exhibit 1 is further redacted by counsel to ensure that it cannot be utilized through any computer process to determine the names of those involved.  However, the document as redacted by Defendant shows names but the original of the documents shows the names so that they are easier for the Court to read and make a decision concerning.  Plaintiff asks that she be granted permission to have the original of this exhibit delivered, in its original format, to the Clerk for filing under seal or as the Court should otherwise direct.

3. Plaintiff's Exhibit 4 to the Motion to Limit Pre-Trial Publicity has been redacted and many pages deleted to ensure privacy of the students involved but the unredacted version is necessary for the Court's decision and it should be allowed to be filed under seal.

WHEREFORE, the Plaintiff, Rebecca Nelle, in her capacity as Mother and Next Friend of B.N., a minor child, prays for the relief requested herein and for such other relief as is just and proper.

Respectfully submitted,

_____
Joey McCutchen (ABA #88045)
Sam "Chip" Sexton, III (ABA #87157)
Stephen Napurano (ABA #2017071)
McCutchen Sexton Napurano – The Law Firm
PO Box 1971
Fort Smith, AR 72902
Phone 479-783-0036
Facsimile 479-783-5168
jmccutchen@mccutchenlawfirm.com
csexton@mccutchenlawfirm.com
snapurano@mccutchenlawfirm.com

Please note that any electronic mail delivered to counsel for the Plaintiff must be directed to all three attorneys set forth above.

## CERTIFICATE OF SERVICE

I, Joey McCutchen, certify that I have served the above and foregoing motion upon all counsel of record for the Defendant by filing this motion with the Court's ECF filing system on this 9th day of November, 2021.

_____
Joey McCutchen