IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA NELLE, in her
capacity as Mother and Next Friend of
B.N., a minor child                                                                 PLAINTIFF

VS.                                    5:21-CV-05158

HUNTSVILLE SCHOOL DISTRICT                                              DEFENDANT

## BRIEF IN SUPPORT OF MOTION FOR LEAVE
## TO FILE CERTAIN EXHIBITS UNDER SEAL

For the reasons stated in the Motion for Leave to File Certain Exhibits Under Seal and in the Plaintiff's Response to Motion to Limit Pre-Trial Publicity, the Plaintiff (for the protection of minor children) should be granted leave to file the original of Exhibit 1 with the clerk of the Court (even though photocopies still reflect the names of individuals) and an unredacted and complete version of Exhibit 4 should be permitted to be electronically filed under seal with the Clerk of the Court.

Respectfully submitted,

_____
Joey McCutchen (ABA #88045)
Sam "Chip" Sexton, III (ABA #87157)
Stephen Napurano (ABA #2017071)
McCutchen Sexton Napurano – The Law Firm
PO Box 1971
Fort Smith, AR 72902
Phone 479-783-0036
Facsimile 479-783-5168
jmccutchen@mccutchenlawfirm.com
csexton@mccutchenlawfirm.com
snapurano@mccutchenlawfirm.com

Please note that any electronic mail delivered to counsel for the Plaintiff must be directed to all three attorneys set forth above.

## CERTIFICATE OF SERVICE

I, Joey McCutchen, certify that I have served the above and foregoing document upon all counsel of record for the Defendant by filing this motion with the Court's ECF filing system on this 9th day of November, 2021.

_____
Joey McCutchen