# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**REBECCA NELLE**
Mother and Next Friend of B.N., a minor child                                                        **PLAINTIFF**

vs.                                              NO. 5:21-cv-05158

**HUNTSVILLE SCHOOL DISTRICT**                                                                        **DEFENDANT**

## JOINT MOTION FOR HEARING TO APPROVE COMPROMISE AND SETTLEMENT

COME NOW the parties, the Plaintiff by and through her undersigned attorneys, Joey McCutchen, Sam "Chip" Sexton and Stephen Napurano of McCutchen, Sexton and Napurano, The Law Firm, and the Huntsville School District, by and through its undersigned attorneys, Charles L. Harwell and Steven S. Zega of Crouch, Harwell, Fryar & Ferner, PLLC, and together move this Court for a Hearing to Approve Compromise and Settlement, and state:

1. The Plaintiff has offered to the Defendant to settle this matter on the following terms:

   a. Payment to the Plaintiff of One and no/100 Dollar ($1.00);

   b. Waiver of the Plaintiff's claim for attorney's fees and costs;

   c. Admission of liability by the Defendant;

   d. Conduct of Title IX training to Huntsville School District teachers and administrators;

   e. All documents and records and provided to the Plaintiff in discovery, including all copies thereof, in this case to either be returned in their entirety to the Defendant or destroyed, and that this Court's previous orders regarding the sealing of documents and records that could identify minor children would remain permanently in effect; and

   f. Approval of the settlement by the Court.

2. On July 25, 2022, the Huntsville School District Board met in a special session and by a vote of six (6) in favor and one (1) abstention, approved and accepted the Plaintiff's settlement offer.

3. The interests the settlement seeks to compromise are those of a minor child. As a matter of substantive Arkansas law, a Court must investigate and satisfy itself that the settlement is in the minor child's best interest:

> It has long been the law in Arkansas that the interests of a minor cannot be compromised by a guardian without approval by the court. *See, e.g., Rankin v. Schofield,* 70 Ark. 83, 66 S.W. 197 (1902). It is not sufficient that a court be made aware of a compromise agreement and that it is agreeable to the guardian; rather, the court must make a judicial act of investigation into the merits of the compromise and into its benefits to the minor. *Id.; Kuykendall v. Zachary,* 179 Ark. 478, 16 S.W.2d 590 (1929). Any judgment by a court that compromises a minor's interest without the requisite investigation is void on its face. *Id.; Rankin v. Schofield,* 81 Ark. 440, 98 S.W. 674 (1905).

*Davis v. Office of Child Support Enforcement,* 322 Ark. 352, 355-356, 908 S.W.2d 649 (1995).

4. In these circumstances, the parties jointly request that the Court hold a hearing to determine whether the settlement is in the minor child's best interest.

.   WHEREFORE, PREMISES CONSIDERED, the parties pray this Court for a hearing as stated above.

        Respectfully Submitted,

        Rebecca Nelle, Parent and Next Friend of
        B.N., a Minor Child, Plaintiff

        By: /s/ Joey McCutchen
        Joey McCutchen (ABA #88045)
        Sam "Chip" Sexton, III (ABA #87157)
        Stephen Napurano (ABA #2017071)
        McCutchen Sexton Napurano – The Law Firm
        PO Box 1971
        Fort Smith, AR 72902
        Phone 479-783-0036
        Facsimile 479-783-5168
        jmccutchen@mccutchenlawfirm.com

csexton@mccutchenlawfirm.com
snapurano@mccutchenlawfirm.com

Huntsville School District, Defendant

By: /s/ Steven S. Zega
Charles L. Harwell, Arkansas Bar Number 82074
Steven S. Zega, Arkansas Bar Number 93234
James M. Graves, Arkansas Bar Number 95172
Matthew L. Fryar, Arkansas Bar Number 09121
Crouch, Harwell, Fryar & Ferner, PLLC
111 Holcomb, P.O. Box 1400
Springdale, AR 72765-1400
(479) 751-5222
(479) 751-5777 (fax)
charwell@nwa.law
szega@nwa.law